**FILED**

JAN 14 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>  v<br><br>DAVID CHONG, et al.,<br><br>        Defendants. | Mag. No. 2:10-mj-0010 DAD<br><br>ORDER UNSEALING CRIMINAL<br>COMPLAINT AND AFFIDAVIT IN<br>SUPPORT OF THE CRIMINAL COMPLAINT |

Upon Application of the United States of America and good cause having been shown, **IT IS HEREBY ORDERED** that the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 2:10-mj-0010 DAD be, and is, hereby ordered **UNSEALED**.

DATED: 1/14/10

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE