```
                                              ┌──────────────────────────────┐
                                              │ FILED                        │
                                              │ February 4, 2010             │
         UNITED STATES DISTRICT COURT FOR THE │ CLERK, US DISTRICT COURT     │
                                              │ EASTERN DISTRICT OF          │
           EASTERN DISTRICT OF CALIFORNIA     │ CALIFORNIA                   │
                                              │ ─────────────────────────    │
                                              │ DEPUTY CLERK                 │
                                              └──────────────────────────────┘
```

UNITED STATES OF AMERICA,        )
                                 )       Case No. CR. S-10-0042 MCE-3
            Plaintiff,           )
v.                               )       ORDER FOR RELEASE OF
                                 )       PERSON IN CUSTODY
ROBERT LY,                       )
                                 )
            Defendant.           )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ROBERT LY, Case No. CR. S-10-0042 MCE-3, Charge Title 21 USC §§ 841(a)(1); 846, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __     Release on Personal Recognizance

    ✔     Bail Posted in the Sum of $ 75,000 (secured by real property)

    __     Unsecured Appearance Bond

    __     Appearance Bond with 10% Deposit

    __     Appearance Bond with Surety

    __     Corporate Surety Bail Bond

    ✔     (Other)    with conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on February 4, 2010 at 4:35 pm.

By _____/s/ Dale A. Drozd_____
Dale A Drozd
United States Magistrate Judge