LAW OFFICES OF CHRIS COSCA
Chris Cosca   CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
DAVID CHONG

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID CHONG, et al.,<br><br>    Defendants. | Case No.: 2:10-CR-00042 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**DATE:**   August 12, 2010<br>**TIME:**   9:00 a.m.<br>**JUDGE:**   Hon. Morrison C. England, Jr. |

### Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for August 12, 2010 be continued to December 9, 2010. This is a complex case and additional time is necessary for counsel to analyze discovery and conduct investigation. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4.

///

///

///

- 1 -

1  The prosecutor and all defense counsel have authorized Chris Cosca to sign this

2  stipulation on their behalf.

3

4  DATED: August 10, 2010            by      /s/ Chris Cosca
                                             Chris Cosca
5                                            Attorney for Defendant
                                             DAVID CHONG
6
   DATED: August 10, 2010            by      /s/ Chris Cosca for
7                                            Linda C. Harter
                                             Attorney for Defendant
8                                            KEIT TRAN

9  DATED: August 10, 2010            by      /s/ Chris Cosca for
                                             J Toney
10                                           Attorney for Defendant
                                             ROBERT LY
11
   DATED: August 10, 2010            by      /s/ Chris Cosca for
12                                           Olaf Hedberg
                                             Attorney for Defendant
13                                           JAMES LEROY JOHNSON

14
   DATED: August 10, 2010            by      /s/ Chris Cosca for
15                                           Michael Chastaine
                                             Attorney for Defendant
16                                           VY PHAM

17 DATED: August 10, 2010            by      /s/ Chris Cosca for
                                             Scott Cameron
18                                           Attorney for Defendant
                                             DASSANY KEOPHIMAHN
19
   DATED: August 10, 2010            by      /s/ Chris Cosca for
20                                           Jason Hitt
                                             Assistant U. S. Attorney
21

22
   ///
23
   ///
24
   ///
25

**Order**

Good cause appearing,

The status conference scheduled for August 12, 2010 is continued to December 9, 2010 at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: August 10, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE