```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
DASSANY KEOPHIMANH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>DAVID CHONG, et. al.,  )<br>  )<br>          Defendants.  )<br>_____ ) | CASE NO.  2:10-cr-00042 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br><br>DATE:  December 9, 2010<br>TIME:  9:00 a.m.<br>COURT: Hon. Morrison England, Jr. |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the status conference, scheduled for December 9, 2010, may be continued to February 10, 2011, at 9:00 a.m. This case involves voluminous wire-tap evidence and several defendants. Defense counsel for all defendants require additional time to analyze discovery and conduct investigation. As a result, the parties need additional time before a meaningful status conference can be held. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

/ / /

1

The parties have authorized the defense counsel for Dassany Keophimanh to sign this stipulation on their behalf.

DATED: December 7, 2010                BENJAMIN WAGNER
                                       United States Attorney

                                  by   /s/ Scott N. Cameron, for
                                       Jason Hitt
                                       Assistant U.S. Attorney

DATED: December 7, 2010
                                  by   /s/ Scott N. Cameron
                                       Scott N. Cameron
                                       Counsel for DASSANY KEOPHIMANH

DATED: December 7, 2010
                                  by   /s/ Scott N. Cameron, for
                                       Linda C. Harter
                                       Counsel for KEIT TRAN

DATED: December 7, 2010
                                  by   /s/ Scott N. Cameron, for
                                       Chris Cosca
                                       Counsel for DAVID CHONG

DATED: December 7, 2010
                                  by   /s/ Scott N. Cameron, for
                                       J. Toney
                                       Counsel for ROBERT LY

DATED: December 7, 2010
                                  by   /s/ Scott N. Cameron, for
                                       Olaf Hedberg
                                       Counsel for JAMES LEROY JOHNSON

DATED: December 7, 2010
                                  by   /s/ Scott N. Cameron, for
                                       Michael Chastaine
                                       Counsel for VY PHAM

DATED: December 7, 2010
                                  by   /s/ Scott N. Cameron, for
                                       Linda C. Harter
                                       Counsel for KEIT TRAN

/ / /

/ / /

<u>Order</u>

Good cause appearing,

The status conference, scheduled for December 9, 2010, is continued to February 10, 2011, at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: December 8, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE