LAW OFFICES OF CHRIS COSCA
Chris Cosca    CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
DAVID CHONG

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID CHONG, et al.,<br><br>    Defendants. | Case No.: 2:10-CR-00042 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**DATE:**   February 10, 2011<br>**TIME:**   9:00 a.m.<br>**JUDGE:**  Hon. Morrison C. England, Jr. |

### Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for February 10, 2011 may be continued to April 28, 2011. This is a complex case and additional time is necessary for counsel to analyze discovery, conduct investigation and consider change of plea options. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4.

///

///

///

The prosecutor and all defense counsel have authorized Chris Cosca to sign this stipulation on their behalf.

DATED: February 8, 2011      by      /s/ Chris Cosca
                                     Chris Cosca
                                     Attorney for Defendant
                                     DAVID CHONG

DATED: February 8, 2011      by      /s/ Chris Cosca for
                                     Linda C. Harter
                                     Attorney for Defendant
                                     KEIT TRAN

DATED: February 8, 2011      by      /s/ Chris Cosca for
                                     J Toney
                                     Attorney for Defendant
                                     ROBERT LY

DATED: February 8, 2011      by      /s/ Chris Cosca for
                                     Olaf Hedberg
                                     Attorney for Defendant
                                     JAMES LEROY JOHNSON

DATED: February 8, 2011      by      /s/ Chris Cosca for
                                     Michael Chastaine
                                     Attorney for Defendant
                                     VY PHAM

DATED: February 8, 2011      by      /s/ Chris Cosca for
                                     Scott Cameron
                                     Attorney for Defendant
                                     DASSANY KEOPHIMAHN

DATED: February 8, 2011      by      /s/ Chris Cosca for
                                     Jason Hitt
                                     Assistant U. S. Attorney

///

///

///

**Order**

Good cause appearing,

The status conference scheduled for February 10, 2011 is continued to April 28, 2011 at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATE: February 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE