**LIPTON, PIPER & SGANGA, LLP**
ARTHUR C. LIPTON, C.S.B.#74710
JONATHAN L. PIPER, C.S.B. #225701
MICHAEL W. SGANGA, C.S.B. #227179
Flood Building - Suite 945
870 Market Street
San Francisco, CA  94102
Phone:  (415) 362-6286
Fax:     (415) 362-6819

Attorneys for Defendant,
DAVID CHONG

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 10-CR-00042-MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| DAVID CHONG, KEIT TRAN, ROBERT LY, aka "BUTT," JAMES LEROY JOHNSON, DARRYL RICHARD SMITH, VY PHAM, and DASSANY KEOPHIMANH, | |
| Defendant. | |

TO THE ABOVE ENTITLED COURT:

IT IS HEREBY STIPULATED by the attorneys representing all parties in this matter that the Status Conference, currently scheduled for May 5, 2011 at 9:00am, be continued to July 14, 2011 at 9:00am.  This continuance is requested to allow all parties additional time to investigate the case.

The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

///

///

///

1

SO STIPULATED:

Dated: April 28, 2011                By:

                /S/
Arthur C. Lipton,
Attorney for Defendant, David Chong

                /S/
Scott Cameron,
Attorney for Defendant, Dassany Keophimahn

                /S/
Michael L. Chastaine,
Attorney for Defendant, Vy Pham

                /S/
Linda C. Harter,
Attorney for Defendant, Keit Tran

                /S/
Olaf William Hedberg,
Attorney for Defendant, James Johnson

                /S/
Jason Hitt,
Attorney for Plaintiff, USA

                /S/
J. Toney,
Attorney for Defendant, Robert Ly

**ORDER**

IT IS HEREBY ORDERED that the Status Conference Currently scheduled for May 5, 2011 in this matter be continued to July 14, 2011 at 9:00am.

Dated: May 3, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2