1  **LIPTON, PIPER & SGANGA, LLP**
   ARTHUR C. LIPTON, C.S.B.#74710
2  JONATHAN L. PIPER, C.S.B. #225701
   MICHAEL W. SGANGA, C.S.B. #227179
3  Flood Building - Suite 945
   870 Market Street
4  San Francisco, CA  94102
   Phone:  (415) 362-6286
5  Fax:     (415) 362-6819

6  Attorneys for Defendant,
   DAVID CHONG
7

8
                     UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                        SACRAMENTO DIVISION
11

12

13 | UNITED STATES OF AMERICA,              )  Case No: 10-CR00042 MCE
                                            )
14 |          Plaintiff,                    )  **STIPULATION AND ORDER**
                                            )  **CONTINUING STATUS CONFERENCE**
15 | v.                                     )
                                            )
16 | DAVID CHONG, KEIT TRAN, ROBERT LY,     )
     aka "BUTT," JAMES LEROY JOHNSON,       )
17 | DARRYL RICHARD SMITH, VY PHAM, and     )
     DASSANY KEOPHIMANH,                    )
18 |                                        )
              Defendant.                    )
19                                          )

20

21        TO THE ABOVE ENTITLED COURT:

22        IT IS HEREBY STIPULATED by the attorneys representing all parties in this matter that the

23 Status Conference, currently scheduled for July 14, 2011 at 9:00am, be continued to September 29,

24 2011 at 9:00am.  This continuance is requested to allow all parties additional time to investigate the

25 case.  This case consists of a significant amount of discovery, and counsel for David Chong, Arthur

26 C. Lipton, recently entered this case, and has not had the time to catalog the discovery.

27 ///

28
                                          1

1  The parties also agree that time may be excluded from the speedy trial calculation under the Speedy
2  Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.
3      SO STIPULATED:
4  Dated: July 6, 2011                    By:

                                /S/
                          Arthur C. Lipton,
                          Attorney for Defendant, David Chong

                                /S/
                          Scott Cameron,
                          Attorney for Defendant, Dassany Keophimahn

                                /S/
                          Michael L. Chastaine,
                          Attorney for Defendant, Vy Pham

                                /S/
                          Linda C. Harter,
                          Attorney for Defendant, Keit Tran

                                /S/
                          Olaf William Hedberg,
                          Attorney for Defendant, James Johnson

                                /S/
                          Jason Hitt,
                          Attorney for Plaintiff, USA

                                                   /S/
                                         J. Toney,
                                         Attorney for Defendant, Robert Ly

## ORDER

     IT IS HEREBY ORDERED that the Status Conference Currently scheduled for July 14, 2011 in this matter be continued to September 29, 2011 at 9:00am.  Time is excluded through and including September 29, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4.  The Court specifically finds that the ends of justice served by taking the action ordered outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  July 11, 2011

                                         MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE