**LIPTON, PIPER & SGANGA, LLP**
ARTHUR C. LIPTON, C.S.B.#74710
JONATHAN L. PIPER, C.S.B. #225701
MICHAEL W. SGANGA, C.S.B. #227179
Flood Building - Suite 945
870 Market Street
San Francisco, CA  94102
Phone:  (415) 362-6286
Fax:     (415) 362-6819

Attorneys for Defendant,
DAVID CHONG

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 10-CR00042 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| | **CONTINUING STATUS CONFERENCE** |
| DAVID CHONG, KEIT TRAN, ROBERT LY, aka "BUTT," JAMES LEROY JOHNSON, DARRYL RICHARD SMITH, VY PHAM, and DASSANY KEOPHIMANH, | |
| Defendant. | |

TO THE ABOVE ENTITLED COURT:

IT IS HEREBY STIPULATED, by the attorneys representing all parties in this matter that the Status Conference, currently scheduled for September 29, 2011 at 9:00am, be continued to December 8, 2011 at 9:00am.  This continuance is requested to allow all parties additional time to investigate the case.  This case consists of a significant amount of discovery, and counsel for David Chong, Arthur C. Lipton, recently entered this case, so he has not had the time to catalog the discovery.

The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code

1

T4.

SO STIPULATED:

Dated: September 22, 2011                    By:

                                                    /S/
Arthur C. Lipton,
Attorney for Defendant, David Chong

                                                    /S/
Scott Cameron,
Attorney for Defendant, Dassany Keophimahn

                                                    /S/
Michael L. Chastaine,
Attorney for Defendant, Vy Pham

                                                    /S/
Linda C. Harter,
Attorney for Defendant, Keit Tran

                                                    /S/
Olaf William Hedberg,
Attorney for Defendant, James Johnson

                                                    /S/
Jason Hitt,
Attorney for Plaintiff, USA

                                                    /S/
J. Toney,
Attorney for Defendant, Robert Ly

**ORDER**

IT IS HEREBY ORDERED that the Status Conference Currently scheduled for September 29, 2011 in this matter be continued to December 8, 2011 at 9:00am.  The Court specifically finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  September 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE