1  **LIPTON, PIPER & SGANGA, LLP**
   ARTHUR C. LIPTON, C.S.B.#74710
2  JONATHAN L. PIPER, C.S.B. #225701
   MICHAEL W. SGANGA, C.S.B. #227179
3  Flood Building - Suite 945
   870 Market Street
4  San Francisco, CA  94102
   Phone:  (415) 362-6286
5  Fax:     (415) 362-6819

6  Attorneys for Defendant,
   DAVID CHONG
7

8
                   UNITED STATES DISTRICT COURT
9
             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                      SACRAMENTO DIVISION
11

12

13 UNITED STATES OF AMERICA,          )  Case No: 10-CR00042 MCE
                                       )
14          Plaintiff,                 )
   v.                                  )  **STIPULATION AND ORDER**
15                                     )  **CONTINUING STATUS CONFERENCE**
                                       )
16 DAVID CHONG, KEIT TRAN, ROBERT LY,  )
   aka "BUTT," JAMES LEROY JOHNSON,    )
17 DARRYL RICHARD SMITH, VY PHAM, and  )
   DASSANY KEOPHIMANH,                 )
18                                     )
            Defendant.                 )
19                                     )

20      TO THE ABOVE ENTITLED COURT:

21      IT IS HEREBY STIPULATED, by the attorneys representing all parties in this matter that the

22 Status Conference, currently scheduled for December 8, 2011 at 9:00am, be continued to March 22,

23 2012 at 9:00am.  This continuance is requested to allow all parties additional time to investigate the

24 case.  This case consists of a significant amount of discovery, and counsel for David Chong, Arthur

25 C. Lipton, recently requested additional discovery from the government which has yet to be

26 provided.

27

28
                                           1

The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

SO STIPULATED:

Dated: December 5, 2011                    By:

　　　　　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　Arthur C. Lipton,
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant, David Chong

　　　　　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　Scott Cameron,
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant, Dassany Keophimahn

　　　　　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　Michael L. Chastaine,
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant, Vy Pham

　　　　　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　Linda C. Harter,
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant, Keit Tran

　　　　　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　Olaf William Hedberg,
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant, James Johnson

　　　　　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　Jason Hitt,
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, USA

/S/
J. Toney,
Attorney for Defendant, Robert Ly

## ORDER

IT IS HEREBY ORDERED, that the Status Conference Currently scheduled for December 8, 2011 in this matter be continued to March 22, 2012 at 9:00am. The Court finds that the ends of justice served by the continuance outweigh the interest of the public and the parties to a speedy trial as set forth above.

Dated: December 8, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE