1  **LIPTON & PIPER, LLP**
ARTHUR C. LIPTON, C.S.B.#74710
2  JONATHAN L. PIPER, C.S.B. #225701
MICHAEL W. SGANGA, C.S.B. #227179
3  Flood Building - Suite 945
870 Market Street
4  San Francisco, CA  94102
Phone:  (415) 362-6286
5  Fax:     (415) 362-6819

6  Attorneys for Defendant,
DAVID CHONG

7

8

9                          UNITED STATES DISTRICT COURT

10                    FOR THE EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,            )   Case No: 10-CR-00042 MCE
                                         )
12            Plaintiff,                 )   **STIPULATION AND ORDER MODIFYING**
    v.                                   )   **CONDITIONS OF RELEASE FOR**
13                                       )   **DEFENDANT DAVID CHONG**
                                         )
14  DAVID CHONG, KEIT TRAN, ROBERT LY,   )
    aka "BUTT," JAMES LEROY JOHNSON,     )
15  DARRYL RICHARD SMITH, VY PHAM, and   )
    DASSANY KEOPHIMANH,                  )
16                                       )
              Defendant.                 )
17                                       )

18

19        TO THE ABOVE ENTITLED COURT:

20        COMES NOW defendant, DAVID CHONG, through counsel, who hereby requests that the

21  terms of his pretrial release be modified to exclude the curfew and electronic monitoring. All other

22  terms are to remain in place.

23        Currently as part of his pretrial release, Mr. Chong has a curfew and is required to comply

24  with electronic monitoring.  Since his release, which was two and a half years ago, Mr. Chong has

25  complied with the curfew and electronic monitoring requirements and has had no violations.

26  ///

27  ///

28
                                         1

Therefore, IT IS HEREBY STIPULATED between the parties, with the concurrence of Pretrial Services, that the pretrial release conditions be modified to eliminate the electronic monitoring and curfew requirements.

**SO STIPULATED:**

Dated: June 6, 2012

By:  /S/_____
    Jason Hitt,
    Assistant United States Attorney


By:  /S/_____
    Arthur C. Lipton,
    Attorney for Defendant

## ORDER

IT IS HEREBY ORDERED that the terms of defendant, DAVID CHONG'S, pretrial release in this matter be modified as follows: Mr. Chong will no longer be required to have a curfew or electronic monitoring.

Dated: June 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2