1  **Jenny Chong**
   **Con Quynh Tran**
2  **2601 Calhoun Street**
   **Alameda, CA 94501**
3
   **In Pro Se**
4

5

6                              UNITED STATES DISTRICT COURT

7                          FOR THE EASTERN DISTRICT OF CALIFORNIA

8                                    SACRAMENTO DIVISION

9  UNITED STATES OF AMERICA,           )  Case No: 2:10-cr-00042 MCE
                                        )
10          Plaintiff,                  )  **ORDER TO RELEASE PROPERTY AND**
    v.                                  )  **SURETY SECURING BAIL BOND AND**
11                                      )  **ORDER EXONERATING BAIL AS TO**
                                        )  **DEFENDANT DAVID CHONG**
12  DAVID CHONG, KEIT TRAN, ROBERT LY,  )
    aka ABUTT,@ JAMES LEROY JOHNSON,    )
13  DARRYL RICHARD SMITH, VY PHAM, and  )
    DASSANY KEOPHIMANH,                 )
14                                      )
            Defendant.                  )
15                                      )

16  ─────────────────────────────────────

17         The court having considered the motion of Sureties, Jenny Chong and Con Quynh Tran,

18  orders as follows:

19         An order having heretofore been made in this case authorizing the clerk of this court to

20  accept the Deed of Trust to secure a bail bond in the amount of $200,000.00 on March 3, 2010.

21  The deeded property is located at 2601 Calhoun Street, Alameda, California, and the deed naming

22  the court was made on March 8, 2010.   Said deed was deposited in the registry of this court in lieu

23  and place of bail for the appearance of the above-named defendant before the United States District

24  Court for the Eastern District of California.   In accordance with the provisions of the bond given by

25  the said defendant; and subsequently the case having been terminated by way of a final judgment on

26

27                                              1

28

1  May 16, 2013;

2  The Motion to Exonerate Bond as to Defendant Chong (ECF No. 236) is GRANTED..   The
3  Clerk of this Court shall exonerate said bail and release the above described property forthwith.   It
4  is further ordered that the clerk shall execute all necessary documents to effectuate this release.

5  IT IS SO ORDERED.

6  Dated:   June 3, 2014

7
8  _____
   MORRISON C. ENGLAND, JR., CHIEF JUDGE
9  UNITED STATES DISTRICT COURT

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27                                         2
28