HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
DAVID CHONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>DAVID CHONG,<br><br>           Defendant | No. 2:10-cr-0042 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable MORRISON C. ENGLAND, JR. |

Defendant, DAVID CHONG, by and through his attorney, Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

      1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

      2.      On May 16, 2013, this Court sentenced Mr. Chong to a term of 120 months imprisonment;

      3.      His total offense level was 32, his criminal history category was I, and the resulting guideline range was 121 to 151 months;

4. The sentencing range applicable to Mr. Chong was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Chong's total offense level has been reduced from 32 to 30, and his amended guideline range is 97 to 121 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Chong's term of imprisonment to a term of 97 months.

Respectfully submitted,

Dated:  November 13, 2015                              Dated:   November 13, 2015

BENJAMIN B. WAGNER                                     HEATHER E. WILLIAMS
United States Attorney                                 Federal Defender


 /s/  Jason Hitt                                        /s/ Hannah R. Labaree
JASON HITT                                             HANNAH R. LABAREE
Assistant U.S. Attorney                                Assistant Federal Defender

Attorney for Plaintiff                                 Attorney for Defendant
UNITED STATES OF AMERICA                               DAVID CHONG

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Chong is entitled to the benefit Amendment 782, which reduces the total offense level from 32 to 30, resulting in an amended guideline range of 97 to 121 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2013 is reduced to a term of 97 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Chong shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:  November 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT