UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID CHONG,<br><br>Defendant. | No. 2:10-CR-00042-MCE<br><br><br><br>**ORDER** |

The Court is in receipt of Defendant's Motion to Reduce Fine (ECF No. 266). That Motion is hereby DENIED.

IT IS SO ORDERED.

Dated: January 4, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1